CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

October 30, 2025

LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERRY K. OFORI,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:25-cv-00156 |
| v. | )<br>) | By: Elizabeth K. Dillon |
| COLLINS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:25-cv-00157 |
| v. | )<br>) | By: Elizabeth K. Dillon |
| T.B. SMITH, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:25-cv-00158 |
| v. | )<br>) | By: Elizabeth K. Dillon |
| CARL A. MANIS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:25-cv-00159 |
| v. | )<br>) | By: Elizabeth K. Dillon |
| M.D. POWERS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) | Chief United States District Judge |

| | | |
|---|---|---|
| TERRY K. OFORI,<br>    Plaintiff,<br><br>v.<br><br>CARL A. MANIS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:25-cv-00160<br><br><br>By: Elizabeth K. Dillon<br>   Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff,<br><br>v.<br><br>CARL A. MANIS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:25-cv-00161<br><br><br>By: Elizabeth K. Dillon<br>   Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff,<br><br>v.<br><br>KING, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:25-cv-00162<br><br><br>By: Elizabeth K. Dillon<br>   Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff,<br><br>v.<br><br>R.J. COCHRANE, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:25-cv-00163<br><br><br>By: Elizabeth K. Dillon<br>   Chief United States District Judge |
| TERRY K. OFORI,<br>    Plaintiff,<br><br>v.<br><br>CARL A. MANIS, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:25-cv-00164<br><br><br>By: Elizabeth K. Dillon<br>   Chief United States District Judge |

## MEMORANDUM OPINION AND ORDER

Terry K. Ofori, a Virginia inmate proceeding *pro se*, commenced a civil action under 42 U.S.C. § 1983, alleging claims that arise from events that occurred while he was housed at Wallens Ridge State Prison (WRSP) and Red Onion State Prison (ROSP). *See* Case No. 7:23-cv-249 (W.D. Va.)  In that case, the court issued a severance order that severed an amended complaint into a total of 10 cases—the original case (7:23-cv-249) (hereafter "the Original Case") and the nine above-captioned cases.

Ofori filed a motion to reconsider that severance order.  Ofori filed the same motion in the Original Cases and in the nine new cases.  On September 2, 2025, the court denied the motion to reconsider in the Original Case. (Dkt. No. 48, Case No. 7:23-cv-249.)  The motions to reconsider remain pending in the nine other cases.  Those motions will be denied for same reasons stated in the opinion in the Original Case.  The reasoning in that opinion is adopted herein by reference.

For the reasons stated herein, it is HEREBY ORDERED that:

1. Ofori's motions to reconsider (Dkt. No. 5 in Case Nos. 7:25-cv-156, 157, 158, 159, 160, 161, 162, 163, and 164) are DENIED; and

2. The Clerk shall enter a new consent to fee form in each of the above-captioned cases.

The Clerk is DIRECTED to provide a copy of this memorandum opinion and order to Ofori.

Entered: October 30, 2025.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge